UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
: ORDER
:
: 03 MDL 1570 (GBD)
In re Terrorist Attacks on September 11, 2001  :
:
:
:
:
------------------------------------- x

*This document relates to: All actions*

GEORGE B. DANIELS, District Judge:

The subsequent conference scheduled for January 14, 2016 is rescheduled for January 28, 2016 at 10:30 AM.

Dated: December 10, 2015
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE