IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON SEPTEMBER
11, 2001

Case No. 1:03-md-01570-GBD-SN

*This document relates to:*

*Ashton et al. v. Al Qaeda, and the Republic of Sudan et al.*, Case No. 02 Civ. 6977; *Nolan et al. v. Republic of the Sudan*, Case No. 20 Civ. 10720; *Parker et al. v. Republic of the Sudan*, Case No. 20 Civ. 10657; *Betru et al. v. The Republic of Sudan*, Case No. 20 Civ. 10615; *Clarke et al. v. The Republic of the Sudan*, Case No. 23 Civ. 07736; *Burnett et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03 Civ. 9849; *Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03 Civ. 6978; *Continental Casualty Co., et al. v. Al Qaeda, et al.,* Case No. 04 Civ. 5970; *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.,* Case No. 04 Civ. 1922; *Estate of John P. O'Neill, Sr., et al. v. Republic of the Sudan, et al.,* Case No. 18 Civ. 12114; *DeRubbio, et al. v. Islamic Republic of Iran*, Case No. 18 Civ. 05306; *Morris, et al. v. Islamic Republic of Iran*, Case No. 18 Civ. 05321; *Bernaerts, et al. v. Islamic Republic of Iran*, Case No. 19 Civ. 11865; *Aronow v. Republic of Sudan*, Case No. 20-cv-7733; *King, et al. v. Islamic Republic of Iran*, Case No. 22 Civ. 05193; *Strauss v. Islamic Republic of Iran*, Case No. 22 Civ 10823; *Perry et al. v. Republic of the Sudan*, Case No. 23 Civ. 07391; *DiNardo et al. v. Republic of the Sudan*, Case No. 23 Civ. 07328; *Adler et al. v. Republic of Sudan*, Case No. 23 Civ. 07164; *Fennelly, et al. v. Islamic Republic of Iran*, Case No. 23 Civ. 10824; *Kone, et al. v. Islamic Republic of Iran*, Case No. 23 Civ. 05790; *Kelly, et al. v. Islamic Republic of Iran, et al.*, Case No. 23 Civ. 7283; *Lopez, et al. v. Islamic Republic of Iran, et al.*, Case No. 23 Civ. 08305; *Jelnek, et al. v. Islamic Republic of Iran*, Case No. 24 Civ. 05520; *Lum, et al. v. Islamic Republic of Iran*, Case No. 24 Civ. 07824.

**SUDAN'S NOTICE OF MOTION FOR CERTIFICATION
OF AN INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1292(b) and Local Civil Rule 7.1,

the Republic of the Sudan ("Sudan"), by and through undersigned counsel, hereby appears for the

purpose of moving the Court, before the Honorable George B. Daniels, United States District

Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street,

New York, New York, 10007, at a date and time to be determined by the Court, for an order

certifying the Court's Memorandum Decision and Order dated August 10, 2023 (ECF No. 9278)

–2–

for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).  A memorandum of law in support of

this Motion is filed herewith.

Dated:   January 29, 2025               Respectfully submitted,
         Washington, DC

                                        **WHITE & CASE**

                                         /s/ *Christopher M. Curran*
                                        Christopher M. Curran
                                        Nicole Erb
                                        Claire A. DeLelle
                                        Nicolle Kownacki (*pro hac vice*)
                                        Celia A. McLaughlin
                                        701 Thirteenth Street, NW
                                        Washington, DC 20005
                                        Telephone:    + 1 202 626 3600
                                        Facsimile:    + 1 202 639 9355
                                        ccurran@whitecase.com
                                        nerb@whitecase.com
                                        cdelelle@whitecase.com
                                        nkownacki@whitecase.com
                                        cmclaughlin@whitecase.com

                                        *Counsel for the Republic of the Sudan*